37898. CHERRY, BEKAERT & HOLLAND v. BARNES et al.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.
*All the Justices concur, except Marshall, J., who dissents and Weltner, J., not participating.*

DECIDED JANUARY 6, 1982.

*Arnall, Golden & Gregory, H. Fred Gober, Simon A. Miller,* for appellants.
*Ware, Parker, Johnson, Cook & Dunlevie, G. William Long III,* for appellees.